# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Elvis Basic, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER DENYING MOTION FOR** |
| vs. ) | **RECONSIDERATION** |
| ) | |
| Trish Siedel (North Dakota Probation) ) | |
| Alexander Droske (BCI) ) | |
| Karsten Anderson, ) | |
| ) | Case No. 1:20-cv-003 |
| Defendants. ) | |

On January 29, 2020, the court issued an order granting plaintiff's application to proceed *in forma pauperis*, allowing plaintiff to proceed with this action without prepayment of the filing fee, and directing that plaintiff be assessed monthly amounts determined in accordance with 28 U.S.C. § 1915(b)(2) until his filing fee is paid in full. (Doc. No. 6).

On February 24, 2020, plaintiff filed a "Motion for Reconsideration of Court Fees to Forma Pauperis." He requests that the court waive his filing fee, asserting that his monthly assessments will prevent him from meeting his other obligations.

The court finds no basis for reconsidering its previous order. First, plaintiff's circumstances are hardly unique. Second, the court is unaware of any statutory authority by which a prisoner's filing fee obligations under 28 U.S.C. 1915(b)(2) may be waived and plaintiff has cited no legal authority to support his request for a waiver. Third, as a practical matter, the court has little discretion in this area; statute provides that a "prisoner <u>shall</u> be required to pay the full amount of the filing fee." 28 U.S.C. 1915(b)(1) (emphasis added). Finally, plaintiff has engaged the resources of this court by filing this case. The filing fee—which represents only a modest portion of the court's cost of deploying its resources—is a means to insure that resources

are not consumed thoughtlessly. Accordingly, plaintiff's motion (Doc. No. 11) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 25th day of February, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court